(No. 83-CC-0391–)

HARVEY J. FRIEDL, Claimant, *v.* THE STATE OF ILLINOIS, Respondent.

*Order filed May 10, 1983.*

HARVEY J. FRIEDL, *pro se*, for Claimant.

NEIL F. HARTIGAN, Attorney General (JAMES A. KOCH, Assistant Attorney General, of counsel), for Respondent.

Poch, J.

This matter comes before the Court upon joint stipulation of Claimant and Respondent to the entry of an award for Claimant's personal property damage in the amount of $194.55, Respondent having conceded liability for such loss to that extent. The Court being otherwise duly advised in the premises, therefore,

It is hereby ordered that an award be entered in favor of Claimant, Harvey Friedl, in the amount of $194.55 in full and final satisfaction of his personal property claim.